387 A.2d 122

Pavlics, Appellant, v. Pavlics.

Argued December 7, 1977.
David Freeman, with him Harry P. Creveling, for appellant;
Chester A. Reybitz, submitted a brief for appellee.

Order affirmed.